UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICIO RUALES, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. _____ |
| CLIENT SERVICES, INC., | § § § | |
| *Defendant.* | § § § | |

### DEFENDANT CLIENT SERVICES, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Client Services, Inc. ("CSI") hereby removes the subject action from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, to the United States District Court for the Middle District of Florida, on the following grounds:

1.  Plaintiff PATRICIO RUALES ("Plaintiff") instituted an action in the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, on October 4, 2021. A copy of the Complaint is attached hereto as **Exhibit A**.

2.  CSI was served on October 20, 2021. Therefore, removal is timely.

3.  Plaintiff's Complaint alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

5.  Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, to the United States District Court for the Middle District of Florida.

6.  Notice of this removal will promptly be filed with the County Court of

the Ninth Judicial Circuit in and for Osceola County, Florida and be served on all adverse parties.

7.  Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. A jury demand was made in state court.

WHEREFORE, Defendant Client Services, Inc., by counsel, removes the subject action from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida to the United States District Court for the Middle District of Florida.

Dated: November 2, 2021.

Respectfully submitted by:

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3661
Fax: (813) 251-3675