**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIO RUALES,**

      **Plaintiff,**

v.                                                 Case No: 6:21-cv-1828-ACC-LRH

**CLIENT SERVICES, INC.,**

      **Defendant.**

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby

**ORDERED** that within 14 days from the date of this order, Plaintiff shall file a written response why sanctions should not be imposed for failure to respond to the Initial Case Order (Doc. No. 3) which was filed on November 3, 2021 and directed counsel to file their disclosure statement within 14 days. Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 29, 2021.

                                                                 ANNE C. CONWAY
                                                                 United States District Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties