**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIO RUALES,**

        **Plaintiff,**

v.                                                                                      Case No: 6:21-cv-1828-ACC-LHP

**CLIENT SERVICES, INC.,**

        **Defendant.**

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby

**ORDERED** that no later than fourteen (14) days from the date of this order, the parties shall file their Joint Status Report pursuant to the Court's Order of November 30, 2021 (Doc. No. 7), which directed them to file a status report every 90 days pending the Eleventh Circuit Court of Appeals resolution of the rehearing petition in *Hunstein vs Preferred Collection and Management Services, Inc.* Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 7, 2022.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties